

```
1  Lewis Phon, Bar Number 74907
   Law Offices of Lewis Phon
2  4040 Heaton Court
   Antioch, CA 94509          The following constitutes the order of the court.
3                              Signed October 29, 2015
   (415) 574-5029 tel
4  (925) 706-7600 fax

5  Attorney for Debtors/Plaintiffs  _____
   Zenaida and Danut Postolica
                                    William J. Lafferty, III
6                                   U.S. Bankruptcy Judge
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>ZENAIDA AND DANUT POSTOLICA,<br><br>        Debtors,<br>_____/ | CASE NO. 2010-51522<br><br>Adversary No. 10-05109 |
| ZENAIDA AND DANUT POSTOLICA,<br>individually and/or<br>as debtors in possession<br>on behalf of the<br>bankruptcy estate,<br><br>        Plaintiffs,<br><br>V.<br><br>St. Joseph Manor for Women and<br>Children, Inc., Steve Wheatley,<br>an individual, Victor Fuery, Jr.,<br>Kenny McPheeters, as administrator<br>for the Estate of Verdie Mae Penn,<br>County of Los Angeles Tax Collector,<br>and Does 1 to 20, Inclusive.<br><br>        Defendants.<br>_____/ | ORDER DISMISSING<br>COMPLAINT AND<br>ADVERSARY PROCEEDING<br>WITHOUT PREJUDICE |

-1-

Upon review of the debtors' application to dismiss the above captioned complaint, it is hereby ordered that the complaint and adversary proceeding, case no. 2010-05109, is hereby dismissed without prejudice.

*******END OF ORDER*******

COURT SERVICE LIST